**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No. 16-00259-WS |
| | * | |
| **HEATHER TURNER ERWIN** | * | |

**POSITION OF THE UNITED STATES
WITH RESPECT TO SENTENCING FACTORS**

COMES NOW the United States of America, by and through Steve Butler, Acting United States Attorney for the Southern District of Alabama, and hereby gives notice that it has no objections to the Presentence Investigation Report, prepared May 22, 2017.

STEVE BUTLER
ACTING UNITED STATES ATTORNEY
by:

 /s/ *Lawrence J. Bullard*
Lawrence J. Bullard (bull5160)
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845
Facsimile: (251) 441-5277

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 22, 2017, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing to defense counsel.

 /s/ *Lawrence J. Bullard*
Lawrence J. Bullard
Assistant United States Attorney