UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA   :

:

VS.                                                           Criminal Case No. 16-00259-WS

:

MARANGELY CONDE              :

CERTIFICATION REGARDING THE PRELIMINARY GUIDELINE
CALCULATIONS OF THE PROBATION OFFICER

The Court, during the arraignment hearing, directed the United States Probation Officer to prepare preliminary calculations, consistent with United States Sentencing Guidelines, as an aide to the parties' efforts to determine the range of possible sentences that could be imposed should the defendant be found guilty on any pending charge. It was intended that the Court, the defendant, defendant's attorney and the Assistant United States Attorney would have had an opportunity to examine the report on preliminary calculations prior to the pretrial conference. It was also recognized that the calculations would be based on the Probation Officer's review of the relevant information available to the Probation Officer at the time his/her report is completed and filed.

The Probation Officer in this action has completed the preliminary guideline calculations, and they have been shared with the parties. After receipt and review of these preliminary calculations, counsel certifies to the following:

1.   A copy of the Probation Officer's report containing the preliminary guideline calculations has been shown to the defendant, and we discussed the guideline calculations contained in the report.

2.   I have provided the defendant with an independent assessment of the preliminary guideline calculations contained in the report.

3.   The defendant has been given an opportunity to ask questions regarding the preliminary guideline calculation, and I have responded to those questions; and

4.  The defendant was advised that the preliminary guideline calculations contained in the report are based on the Probation Officer's review of the relevant information available to him/her at the time the report was completed and filed, and that the United States Sentencing Guidelines are advisory and do not bind the Court. Furthermore, the defendant was also advised that the preliminary guideline calculations might be different from the final calculations in the event he/she is found guilty on any pending charge and a presentencing report is ordered.

I certify as an officer of this Court that the foregoing is true and correct on this the 5th day of July, 2017..

/s/Christopher Knight
Christopher Knight

Attorney for Joshua Kyle Gates