UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| VS. | Criminal Case No. 16-000259-WS |
| : | |
| MARANGELY CONDE : | |

DEFENDANT'S SENTENCING POSITION PLEADING

COMES NOW the Defendant, MARANGELY CONDE, by and through her counsel of record, and hereby states that he has no objections to the calculation of the sentencing guidelines by the probation officer. However, AUSA Lawrence Bullard has promised to recommend a probationary sentence.

/s/Christopher Knight
Christopher Knight (KNIGC6343)
Assistant Federal Defender
Southern District of Alabama
Federal Defenders Organization, Inc.
11 North Water Street, Suite 11290
Mobile, Alabama 366092
(251)433-0910

Attorney for Marangely Conde

CERTIFICATE OF SERVICE

I do hereby certify that I have served a true and correct copy of the foregoing pleading on counsel for the United States, AUSA Lawrence Bullard, electronic/ECF delivery on this 14th day of July, 2017.

/s/Christopher Knight
Christopher Knight